Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ..

HAROLD SPIELBERG, Appellant, v. AMERICAN STAR LINE, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FRED G. DENNIS, as Bank Commissioner of the State of Oklahoma, UNION STATE BANK OF MUSKOGEE, OKLAHOMA, and the STATE OF OKLAHOMA, Respondents, v. CHARLES N. HASKELL and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FRED G. DENNIS, as Bank Commissioner of the State of Oklahoma, UNION STATE BANK OF MUSKOGEE, OKLAHOMA, and the STATE OF OKLAHOMA, Respondents, v. CHARLES N. HASKELL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FRED G. DENNIS, as Bank Commissioner of the State of Oklahoma, UNION STATE BANK OF MUSKOGEE, OKLAHOMA, and the STATE OF OKLAHOMA, Respondents, v. CHARLES N. HASKELL, and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FRED G. DENNIS, as Bank Commissioner of the State of Oklahoma, UNION STATE BANK OF MUSKOGEE, OKLAHOMA, and the STATE OF OKLAHOMA, Respondents, v. CHARLES N. HASKELL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

FRED G. DENNIS, as Bank Commissioner of the State of Oklahoma, UNION STATE BANK OF MUSKOGEE, OKLAHOMA, and the STATE OF OKLAHOMA, Respondents, v. CHARLES N. HASKELL and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOHN A. CLARKE and Another, Respondents, v. ELIZABETH R. PERRY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

RALPH W. CARROLL, Appellant, v. HUGH G. CURRAN, Respondent.— Judgment and order affirmed, with costs. (See *Flexner* v. *Farson*, 248 U. S. 289.) Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JULIA DREW, Respondent, v. CASPER HELBOCK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Clarke, P. J., dissenting.

GEORGE J. LUCKHARDT, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JACOB DANIELSEN, Respondent, v. NORTHERN DOCK COMPANY, INC., and Another, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.